IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-02631 WYD

CARRIE BUZBY,

   Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a/k/a MET LIFE; and
INTERNATIONAL BUSINESS MACHINES CORPORATION, a/k/a IBM,

   Defendants.

**ORDER**

This matter is before the Court on the parties' Stipulated Motion for Reconsideration and/or Relief from Order (filed August 1, 2008). The motion asserts that the United States Supreme Court decided the case of *Metropolitan Life Ins. Co. v. Glenn*, 128 S. Ct. 2343 (2008) on June 19, 2008, before the Court issues its decision in this case. The motion further asserts that counsel for both parties believe that *Glenn* has significantly impacted the way in which district courts must review and decide ERISA cases. Both counsel agree in the motion that the submission of short simultaneous briefs on the impact of *Glenn* may be helpful to the Court and perhaps might result in an alteration or modification of the judgment in this case.

While I believe that the *Glenn* case should have been submitted to the Court by the parties as supplemental authority before the decision in this case, I will allow the parties the parties to file short, simultaneous briefs on the impact of *Glenn*. Such briefs shall be no more than seven (7) pages in length and are due on or before **Friday,**

**August 29, 2008.** The Stipulated Motion for Reconsideration and/or Relief from Order is deferred until after the briefing is completed by the parties.

Dated: August 19, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge